# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON SMASON,<br><br>               Plaintiff,<br><br>   v.<br><br>ANDREW M. SAUL, Commissioner<br>of Social Security,<br><br>               Defendant. | Case No. 2:18-cv-05924-DMG-MAA<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint and all other records on file, as well as the Report and Recommendation of the United States Magistrate Judge ["R&R," Doc. # 26].

Plaintiff submitted a letter addressed to the Magistrate Judge dated August 12, 2019. [Doc. # 27.] The letter violates Local Rule 83-2.5, which provides that "parties to any action or proceeding shall refrain from writing letters to the judge." The Court previously warned Plaintiff not to submit letters to the judge. (*See* Doc. # 21.) Nevertheless, because the letter appears to be responsive to the R&R (*see* Doc. # 27 at 3 ("I OBJECT. I DO DESERVE DISABILITY.")), the Court filed the letter and construed it as Plaintiff's Objections to the R&R. Defendant did not respond to Plaintiff's Objections.

1    In the Objections, Plaintiff narrates the onset of her alleged disability,

2    describes her alleged impairments and their impact, and details tragic circumstances

3    in her personal life. (*See generally* Doc. # 27.)  Although the Court is sympathetic

4    to Plaintiff's difficulties and her plea for disability benefits, the Court has a limited

5    role in the disability determination process.  As previously explained (*see* Doc. #

6    24), the Court is limited to review the decision of the Commissioner to deny

7    Plaintiff disability benefits.  *See* 42 U.S.C. § 405(g).  The Court may reverse the

8    adverse decision only if the Commissioner's findings are not supported by

9    substantial evidence or the agency did not apply the proper legal standards.  *See*

10   *Treichler v. Comm'r of Soc. Sec. Admin.*, 775 F.3d 1090, 1098 (9th Cir. 2014).  The

11   Court lacks the authority to determine directly whether Plaintiff is disabled, as

12   Plaintiff implores this Court to do.  (*See* Doc. # 27 at 3.)  Plaintiff's Objections and

13   prior filings do not present a basis upon which the Court may review the decision of

14   the Commissioner, let alone a basis upon which Defendant could be given fair

15   notice of Plaintiff's claims of error.  In light of the Magistrate Judge's analysis of

16   the five-factor test for dismissal in the R&R, dismissal of the action without

17   prejudice is appropriate.

18   After having made a *de novo* determination of the portions of the Report of

19   Recommendation to which Plaintiff directed her Objections, the Court concurs with

20   and accepts the findings and conclusions of the Magistrate Judge.

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

Accordingly, IT IS ORDERED:

1.     The Report and Recommendation is accepted;

2.     Plaintiff's Objections are overruled;

3.     Judgment shall be entered dismissing this action without prejudice; and

4.     The Clerk of Court shall serve this Order and the Judgment on Plaintiff and counsel for Defendant.

DATED:  January 2, 2020

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE